# Court of Appeals
# of the State of Georgia

ATLANTA, June 29, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0205.  KOHL v. POBLIEGO.

Upon consideration of Appellant's Emergency Motion to Extend Time to File Application for Discretionary Appeal, the same is GRANTED. Appellant is directed to file his application for discretionary appeal no later than July 31, 2026, pursuant to Court of Appeals Rule 16(c).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/29/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*